## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Philip S. Appenzeller**                                   Case No.   **15-17169/jkf**
                           Debtor(s)                                 Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, a copy of Amended Statement of Financial Affairs-No. 1 was served electronically or by regular United States mail to the parties listed below, and the Trustee:

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee**

**Philip S. Appenzeller**
**5947 Reach St.**
**Philadelphia, PA 19120**

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**