United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17169-jkf
Philip S. Appenzeller                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1           Date Rcvd: Oct 20, 2016
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db          +Philip S. Appenzeller,    5947 Reach Street,    Philadelphia, PA 19120-1114
13707054    +Bradly E. Allen, Esquire,    7711 Castor Avenue,    Philadelphia, PA 19152-3601
13623702    +City of Philadelphia,    Department of Revenue,    PO Box 40496,    Philadelphia, PA 19106
13689017    +Emerg Care Serv of Pa, P.C.,     6681 Country Club Drive,    Golden Valley MN 55427-4601
13609308    +First Premier Bank,    P. O. Box 5524,    Sioux Falls, SD 57117-5524
13702787   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,   Dallas TX 75261-9741)
13609309    +Nationstar Mortgage,    P. O. Box 619094,    Dallas, TX 75261-9094
13609310    +Nationstar Mortgage,    C/O KML Law Group, P.C.,    701 Market Street, Ste. 5000,
              Philadelphia, PA 19106-1541
13687095    +Office of UC Benefits Policy,     Department of Labor & Industry,   Office of Chief Counsel,
              651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
13609311    +PA Department Of Labor & Industry,    651 Boas Street,    Harrisburg, PA 17121-0700
13609312    +Philadelphia Gas Works,    Bankruptcy Division,    800 W. Montgomery Ave.,
              Philadelphia, PA 19122-2806
13609313    +Tammy Lowe,   5947 Reach Street,    Philadelphia, PA 19120-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 21 2016 01:45:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 21 2016 01:44:21
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 21 2016 01:44:54     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13609307    +E-mail/Text: csd1clientservices@cboflanc.com Oct 21 2016 01:45:26
              Abington Emergency Physicians,    C/O Lancaster Collections,   218 W. Orange Street,
              Lancaster, PA 17603-3746
13694462    +E-mail/Text: bankruptcy@phila.gov Oct 21 2016 01:45:08
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13662588    +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 21 2016 01:44:46     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRADLY E ALLEN    on behalf of Debtor Philip S. Appenzeller bealaw@verizon.net
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                        Chapter 13

15-17169-JKF        PHILIP S. APPENZELLER

           Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  October 20, 2016**

                                                          **JEAN K. FITZSIMON**
                                                          **U.S. BANKRUPTCY JUDGE**