**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Philip S. Appenzeller                    : Chapter 13

                                                : NO. 15-17169/jkf

**CERTIFICATION OF NO RESPONSE TO ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

An Order Dismissing Chapter 13 Case was entered on October 20, 2016 setting a deadline for applications for allowance of administrative expenses and no applications for allowance of administrative expenses have been filed.

                                            s/BRADLY E. ALLEN, ESQUIRE
                                            **BRADLY E. ALLEN,**
                                              **Attorney for Debtor**

Dated: November 14, 2016